FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22  AM 10: 54

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Bankruptcy No. 09-27862 WTT |
|  | ) | Chapter 7 |
| EARL G. MCGLONE and | ) |  |
| KATHY MCGLONE, | ) | **DEPOSIT OF FUNDS FOR SMALL** |
|  | ) | **CLAIMS** |
| Debtors. | ) |  |
|  | ) |  |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned

bankruptcy estate, represents to the Court that:

1.     The Trustee has filed his Final Report and has prepared the final distribution

checks to creditors.

2.     The following creditors were to have received a 0.80% distribution on their

claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds

into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 3U | Wells Fargo Bank, N.A.<br>13675 Technology Drive<br>Building C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | $3.39 |



| 8 | Express Recovery Services, Inc.<br>P.O. Box 26415<br>Salt Lake City, UT 84126 | $1.95 |
| 15 | Credit Service of Logan<br>180 North Main Street<br>Logan, UT 84321-4541 | $2.68 |
| 18 | Express Recovery Services, Inc.<br>P.O. Box 26415<br>Salt Lake City, UT 84126 | $2.28 |
| 21 | Questar Gas Company<br>Bankruptcy Dept. NDR 244<br>1140 West 200 South<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | $0.66 |
| 29 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | $2.79 |

3.    A check in the amount of $13.75 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 21 day of September, 2010.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of September, 2010, I served the foregoing

Deposit of Funds for Small Claims upon the following party in interest by depositing a copy

thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111